UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| LORRIE A. HOLT, | ) |
|                Plaintiff, | ) CASE NO.: 3:13-CV-00524-RCJ-WGC |
| v. | ) O R D E R |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
|                Defendants. | ) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #17) entered on August 7, 2014, in which the Magistrate Judge recommends that the Court deny Plaintiff's Motion for Reversal and/or Remand (ECF #11), grant Commissioner's Cross-Motion for Summary Judgment (ECF #15) and affirm the decision of the ALJ.  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #17).

IT IS HEREBY ORDERED that Plaintiff's Motion for Reversal and/or Remand (ECF #11) is DENIED.

///

///

1       IT IS FURTHER ORDERED that the Commissioner's Cross-Motion for Summary
2 Judgment (ECF #15) is GRANTED, and the decision of the ALJ is AFFIRMED.
3       IT IS SO ORDERED this 28th day of August, 2014.

```
                                    _____
                                    ROBERT C. JONES
                                    UNITED STATES DISTRICT JUDGE
```